THE STATE OF OHIO, APPELLANT, *v.* PATTON, APPELLEE.

[Cite as *State v. Patton* (1998), 83 Ohio St.3d 566.]

(No. 97–2318—Submitted October 13, 1998—Decided November 18, 1998.)

---

*R. Larry Schneider*, Union County Prosecuting Attorney, and *Rick Rodger*, Assistant Prosecuting Attorney, for appellant.

---

The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The trial court's finding that Jerry L. Patton is a sexual predator is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.